UNITED STATES of America, Plaintiff-Appellee, v. Joseph BAYER, Defendant-Appellant, and Abraham Eisig, alias Abraham Isaacs, Tessie Eisig, alias Tessie Isaacs, Mary Amkraut and Harry Amkraut, Defendants.

No. 342.

Circuit Court of Appeals, Second Circuit.

May 3, 1940.

M. M. Kreindler, of New York City (M. S. Gottesman, of New York City, of counsel), for appellant.

Harold M. Kennedy, U. S. Atty., of Brooklyn, N. Y. (Vine H. Smith and John R. Starkey, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.

UNITED STATES of America, Appellant, v. Earl Jack KING, Appellee.

No. 8254.

Circuit Court of Appeals, Sixth Circuit.

April 8, 1940.

John C. Lehr and Francis X. Norris, both of Detroit, Mich., and Julius C. Martin, Wilbur C. Pickett, and Thomas E. Walsh, all of Washington, D. C., for appellant.

McLeod, Fixel, Abbott & Fixel, of Detroit, Mich., for appellee.

Before SIMONS, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

On appeal from a judgment for plaintiff on a policy of war risk insurance, the court being of the view that there was substantial evidence of total and permanent disability during the life of the policy, it is hereby ordered that the judgment below be and it is hereby affirmed.

UNITED STATES of America v. Joseph Fred DREW.

No. 2091.

Circuit Court of Appeals, Tenth Circuit.

March 28, 1940.

Everett M. Grantham, U. S. Atty., of Santa Fe, N. M., for appellant.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES, Appellee, v. Max ZISKIN, Appellant.

No. 324.

Circuit Court of Appeals, Second Circuit.

May 13, 1940.

Raymond F. O'Brien, of New York City (Charles A. Oberwager, of New York City, of counsel), for appellant.

John T. Cahill, U. S. Atty., of New York City (Jesse Moss, of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed.